IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHIRLEY D. HORTON                                            PLAINTIFF

vs.                          No. 08CV6045

JACK NARON and LISA BALCH,
Individually and in their
Official Capacities as Pike
County, Arkansas Deputy Sheriffs                            DEFENDANTS

## O R D E R

NOW on this 5th day of September, 2008, there comes on for consideration Plaintiff's Motion to Dismiss (Doc. 7). IT APPEARING to the court that the matter has been settled, counsel for Plaintiff having so advised the court, it is ORDERED that Plaintiff's Motion be GRANTED and Plaintiff's Complaint dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order. The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**